**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**KEVIN DOWELL**                                                                               **PLAINTIFF**

V.                      **CASE NO.: 1:10CV00043 BD**

**MICHAEL J. ASTRUE, Commissioner,
Social Security Administration**                                     **DEFENDANT**

**JUDGMENT**

Kevin Dowell's appeal is denied, and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 23rd day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE